AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Received
U.S. Marshals Service
2024 MAY 15 AM 9:13
N/OK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:24-mj-00170 |
| Matthew Allen | ) | Assigned to: Judge Upadhyaya, Moxila A. |
| | ) | Assign Date: 5/13/2024 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                       Matthew Allen                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Date: 05/13/2024

*Issuing officer's signature*

City and state:    Washington, D.C.        Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 05/13/2024, and the person was arrested on *(date)* 05/15/2024
at *(city and state)* Tulsa, OK.

Date: 05/15/2024

*Arresting officer's signature*

Jeffrey Gardner, Special Agent
*Printed name and title*